IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-28 (WLS-ALS) |
| | : | |
| ASHTON LEE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## Order Granting Motion to Continue

Defendant Ashton Lee moves to continue his trial and pretrial conference in the interests of justice. (Doc. 25.) He seeks a continuance stating that Counsel needs additional time to receive and review the discovery with Mr. Lee. (Doc. 25 at 2.) Defendant states that he was arraigned on November 21, 2025, and discovery has not been received as of December 16, 2025. (*Id.*)

Based on Lee's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Lee in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 25) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division May 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 18th day of December 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**