**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,      :

:

    v.                        :        CASE NO.: 7:25-CR-28 (WLS-ALS)

:

ASHTON LEE,              :

:

    Defendant.          :

                                        :

## ORDER

The Court intends to notice this case for the May 2026 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, February 27, 2026,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

    **SO ORDERED**, this 13th day of February 2026.

                                     **/s/ W. Louis Sands**
                                     **W. LOUIS SANDS, SR. JUDGE**
                                     **UNITED STATES DISTRICT COURT**

1