**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,    :

                         :

    v.                    :        CASE NO.: 7:25-CR-28 (WLS-ALS)

                         :

ASHTON LEE,               :

                         :

    Defendant.         :

                         :

## ORDER

The Court held a pretrial conference on April 1, 2026, in the above-captioned matter wherein the Parties requested a status conference be held at least seven days before the scheduled trial start date on May 4, 2026, because Parties indicated a plea agreement may be reached in this case. Parties' counsel shall review the case, confer, and inform the Court no later than end of business on **Monday, April 20, 2026**, whether a status conference is still necessary in this case or whether the Parties have negotiated a plea agreement, in which case the Court will schedule a change of plea hearing. If Parties state that a status conference is still necessary or fail to communicate otherwise to the Court by **Monday, April 20, 2026**, the Court will hold a status conference on **Tuesday, April 21, 2026 at 3:30PM** at the C.B. King United States Courthouse.

        **SO ORDERED**, this 15th day of April 2026.

                        **/s/ W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**

1