**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-28 (WLS-ALS) |
| | : | |
| ASHTON LEE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### <u>Order Granting Motion to Continue</u>

Defendant Ashton Lee moves to continue his trial and pretrial conference in the interests of justice for a second time. (Doc. 47). He seeks a continuance stating that Counsel needs additional time to receive and review new discovery with Mr. Lee following the Government's filing of a superseding indictment (Doc. 45) on April 15, 2026. (Doc. 47 ¶¶ 3–4). Defendant states the Government does not oppose this motion. (*Id.* ¶ 4).

Based on Lee's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Lee in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 47) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division August 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 17th day of April 2026.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1