**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,     :

                       :

    v.                  :       CASE NO.: 7:25-CR-28 (WLS-ALS)

                       :

ASHTON LEE,           :

                       :

    Defendant.       :

                       :

## <u>ORDER</u>

The Court intends to notice this case for the August 2026 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

**SO ORDERED**, this 15th day of May 2026.

                                   **/s/ W. Louis Sands**
                                   **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1