**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :
                                   :     CASE NO.: 7:25-CR-28 (WLS-ALS)
ASHTON LEE,                        :
                                   :
        Defendant.                 :
                                   :

## ORDER

The Court held a pretrial conference in the above-captioned matter on June 30, 2026. This Order memorializes that conference. All Parties were present at the conference and indicated they had made progress toward an acceptable plea agreement. Accordingly, the Court **ORDERED** Parties to confer and notify the Court by no later than **Friday, July 10, 2026,** regarding whether the case will proceed to trial or need to be noticed for a change of plea hearing.

**SO ORDERED**, this 1st day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**