**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** v. **ASHTON LEE,** **Defendant.** | : | **CASE NO: 7:25-cr-28—WLS-ALS** |

## ORDER

On September 23, 2026, Shawn D. Bostick, United States Probation Officer, via memorandum, requested a continuance of Defendant Ashton Lee's sentencing hearing currently scheduled for October 29, 2026. During the presentence investigation, Officer Bostick discovered that relevant documents detailing the offense were missing from discovery received from the Government. The documents have been requested, but Officer Bostick believes additional time will be needed to thoroughly review the documents once received. Officer Bostick requests that Defendant's sentencing hearing be rescheduled for December 2026. Finally, Officer Bostick advised the Court that Defendant has been in federal custody since July 22, 2026, is facing a mandatory minimum 10-year term of imprisonment, and thus, it appears there is little chance the requested continuance will result in an over-service of any sentence that is likely to be imposed in this case.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a guilty plea in this matter on July 22, 2026. (Docs. 63, 64). Defendant's sentencing has not previously been rescheduled. Based on the circumstances of this case and the requirements set forth in 18 U.S.C. § 3553(a), including to impose a sentence that is "sufficient, but not greater than necessary," to serve the purposes of sentencing the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that the sentencing hearing scheduled to take place on Thursday, October 29, 2026, is **CANCELLED.** Defendant's sentencing hearing is **RESCHEDULED** for **Thursday, December 3, 2026, at 3:00 p.m.**, in Albany, Georgia.

**SO ORDERED**, this 24th day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**